# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael A. Alston,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                    3:07-cv-450-2

(FNU) Nickelson, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 25, 2007 Order.

**Signed: October 25, 2007**

Frank G. Johns, Clerk
United States District Court